# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ALAN BROWN, | No. 4:22-CV-01154 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WARDEN GLOVER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 12th day of October 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 claims against defendants Warden Brad Glover, Deputy Warden Daniel Weikert, and Lt. Rhone are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate the defendants referenced in paragraph 1 above.

3. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is further directed to **SERVE** a copy of the Amended Complaint (Doc. 11), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399) and this Order on defendants "Nurse Susan" and "Doctor" at Huntingdon County Prison. In the interest of efficient administrative judicial economy, the Court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

4. If service is unable to be completed due to Plaintiff's failure to properly name a Defendant or provide an accurate mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claim(s) against Defendant(s) pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge